**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNIVERSITY SPINE CENTER ON ASSIGNMENT OF DYLAN F., | Case No.: 2:22-cv-2051-SDW-LDW |
| Plaintiff, | *Civil Action* |
| v. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND ARCADIS U.S., INC., | **ORDER ON DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendant. | |

Come now Defendant, Arcadis U.S., Inc. ("Arcadis"), by counsel, having filed a Motion for an Extension of Time to Answer Plaintiff's Amended Complaint, and the Court being duly advised of the same, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Arcadis shall have to and including July 25, 2022 to answer or otherwise respond to Plaintiff's Amended Complaint.

Dated this 8th day of July, 2022.

_____
Hon. Leda Dunn Wettre
U.S. Magistrate Judge